UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Sheet Metal Workers Local No. 33 Cleveland
District Pension Plan

                        Plaintiff,

v.                                 Case No.: 1:13−cv−03357

                                  Honorable Charles P. Kocoras

Bank of America Corporation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 20, 2013:

      MINUTE entry before Honorable Charles P. Kocoras:Walter W. Noss's motion (Doc [19]) for leave to appear pro hac vice as counsel for plaintiff is granted. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.