# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

      It appearing that, due to a clerical error case 13cv3357, was assigned in error to the Honorable George M. Marovich, therefore

      IT IS HEREBY ORDERED that the assignment of 13cv3357 to the Honorable George M Marovich, be vacated as the assigned judge and the case shall be reassigned by lot to another judge.

      **ENTER:**
      **FOR THE EXECUTIVE COMMITTEE**

      */s/ James F. Holderman*
      _____
      Chief Judge James F. Holderman

Dated at Chicago, Illinois this 27th day of June, 2013.