

 **United States District Court**
**Northern District of Illinois**

In the Matter of

Sheet Metal Workers Local No. 33 Cleveland District Pension Plan  Shadur

v.  Case No. 13-CV-3357

Bank of America Corp, et al.  Designated Magistrate Judge
Jeffrey T. Gilbert

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Judge John J. Tharp Jr.**

Date: Monday, July 08, 2013

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____

JUL 08 2013

District Reassignment - By Lot

- IOP 13(f) - I recuse myself from this case for the following reasons:

   3C(1)(c)

---

EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot