# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Sheet Metal Workers Local No. 33 Cleveland
District Pension Plan

                                              Plaintiff,

v.                                                  Case No.:
                                                  1:13−cv−03357
                                                  Honorable Milton I.
                                                  Shadur

Bank of America Corporation, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 9, 2013:

      MINUTE entry before Honorable Milton I. Shadur: John R. Ingrassia's motion for leave to appear pro hac vice [27], Peter Edward Greene's motion to appear pro hac vice [30], Peter Scott Julian's motion to appear pro hac vice [31], Matthew J. Reilly's motion to appear pro hac vice [33] and Abram J. Ellis' motion to appear pro hac vice [34] are granted. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.