IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL NO. 33 CLEVELAND DISTRICT PENSION PLAN, Individually and on Behalf of All Those Similarly Situated. | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No: 1:13-cv-03357 |
| BANK OF AMERICA CORPORATION; BARCLAYS BANK PLC; BNP PARIBAS S.A.; CITIBANK, N.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; GOLDMAN, SACHS & CO.; HSBC HOLDINGS PLC; INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION; JP MORGAN CHASE & CO.; MARKIT GROUP LTD.; MORGAN STANLEY BANK N.A.; THE ROYAL BANK OF SCOTLAND GROUP PLC; AND UBS AG, | ) ) ) ) ) ) ) ) ) ) ) | Hon. Milton I. Shadur |
| Defendants. | ) | |

## MOTION TO REASSIGN A RELATED CASE

Pursuant to Local Rule 40.4, Plaintiffs Unipension Fondsmæglerselskab A/S, Arkitekternes Pensionskasse, MP Pension - Pensionskassen for Magistre & Psykologer, and Pensionskassen for Jordbrugsakademikere & Dyrlæger, individually and on behalf of a class of all others similarly situated, ("Plaintiffs") move to reassign *Unipension Fondsmæglerselskab A/S, et al. v. Bank of America Corporation, et al.*, Case No. 1:13-cv-04979 (N.D. Ill. filed July 11, 2013) ("the *Unipension* case"), which is currently pending before the Honorable Charles R. Norgle, because it is related to the above-captioned case ("the *Sheet Metal Workers* case).[1] In support of this motion, Plaintiffs state as follows:

---

[1] The complaint in the *Unipension* case is attached as Exhibit A.

1

1.     Local Rule 40.4 provides that "[a] case may be reassigned to the calendar of another judge if it is found to be related to an earlier-numbered case assigned to that judge" and certain additional "criteria" are met. L.R. 40.4(a), (b).

2.     "Two or more civil cases may be related if one or more of the following conditions are met: (1) the cases involve the same property; (2) the cases involve some of the same issues of fact or law; (3) the cases grow out of the same transaction or occurrence; or (4) in class action suits, one or more of the classes involved in the cases is or are the same." L.R. 40.4(a). "The following additional criteria also must be satisfied: (1) both cases are pending in this Court; (2) the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort; (3) the earlier case has not progressed to the point where designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and (4) the cases are susceptible of disposition in a single proceeding." L.R. 40.4(b).

3.     The *Unipension* and *Sheet Metal Workers* cases are related under Local Rule 40.4(a) because both involve "some of the same issues of fact or law." L.R. 40.4(a). Both cases are antitrust class actions that involve allegations that the same Defendants have conspired to restrain competition in the market for credit default swaps ("CDS").

4.     Both the *Unipension* and *Sheet Metal Workers* cases are pending in the Northern District of Illinois. L.R. 40.4(b)(1).

5.     "[T]he handling of both cases by the same judge is likely to result in a substantive saving of judicial time and effort." L.R. 40.4(b)(2). Both cases will require the Court to develop knowledge of the CDS market, examine the activities of some of the largest financial institutions in the world, and resolve common issues. Handling of these cases by the same Judge will avoid

duplication of the substantial effort necessary to acquire such knowledge and address such issues.

6. The *Sheet Metal Workers* case "has not progressed to the point where designating this case as related would likely delay [it] substantially." L.R. 40.4(b)(3). The *Sheet Metal Workers* Defendants have not answered the complaint, no discovery has taken place, and the *Sheet Metal Workers* case was only recently assigned to this Court.

7. "[T]he cases are susceptible of disposition in a single proceeding," because they involve similar allegations concerning and alleged antitrust conspiracy in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1. L.R. 40.4(b)(4).

Because the requirements of Local Rule 40.4 are satisfied, Plaintiffs request that Case No. 1:13-cv-04979 (N.D. Ill. filed July 11, 2013) be reassigned to Judge Shadur as a related case to *Sheet Metal Workers Local No. 33 v. Bank of America Corporation, et al.*, Case No. 1:13-cv-03357 (filed May 3, 2013).


Dated: July 17, 2013                                          Respectfully submitted,

                                                              KOREIN TILLERY, LLC

                                                              By: /s/  George A. Zelcs
                                                              George A. Zelcs
                                                              John A. Libra
                                                              Korein Tillery LLC
                                                              205 North Michigan Plaza
                                                              Suite 1950
                                                              Chicago, Illinois 60601
                                                              Tel: (312) 641-9750
                                                              Fax: (312) 641-9751
                                                              gzelcs@koreintillery.com
                                                              jlibra@koreintillery.com

3

Stephen M. Tillery
Robert L, King
Korein Tillery LLC
One U.S. Bank Plaza
505 N. 7th Street, Suite 3600
St. Louis, MO 63101-1625
Tel: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com
rking@koreintillery.com

Daniel A. Small
David A. Young
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, NW, Suite 500 West
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
dsmall@cohenmilstein.com
dyoung@cohenmilstein.com

Azra Mehdi
THE MEHDI FIRM, PC
One Market
Spear Tower, Suite 3600
San Francisco, CA 94105
Tel: (415) 293-8039
Fax: (415) 293-8001
azram@themehdifirm.com

Merrill G. Davidoff
Ruthanne Gordon
Michael C. Dell'Angelo
David A. Langer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdavidoff@bm.net
rgordon@bm.net

                        Roberta D. Liebenberg
                        Jeffrey Istvan
                        Adam J. Pessin
                        FINE, KAPLAN & BLACK, R.P.C.
                        One South Broad Street
                        Suite 2300
                        Philadelphia, PA 19107
                        Tel: (215) 567-6565
                        Fax: (215) 568-5872
                        rliebenberg@finekaplan.com
                        jistvan@finekaplan.com
                        apessin@finekaplan.com

*Attorneys for Plaintiffs Unipension Fondsmæglerselskab A/S, Arkitekternes Pensionskasse, MP Pension - Pensionskassen for Magistre & Psykologer, and Pensionskassen for Jordbrugsakademikere & Dyrlæger*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2013, I electronically filed the foregoing **Motion to Reassign a Related Case** with the Clerk of the Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

                                            By: /s/ George A. Zelcs
                                            GEORGE A. ZELCS