IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL NO. 33 CLEVELAND DISTRICT PENSION PLAN, Individually and on Behalf of All Those Similarly Situated. | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No: 1:13-cv-03357 |
| BANK OF AMERICA CORPORATION; BARCLAYS BANK PLC; BNP PARIBAS S.A.; CITIBANK, N.A.; CREDIT SUISSE GROUP AG; DEUTSCHE BANK AG; GOLDMAN, SACHS & CO.; HSBC HOLDINGS PLC; INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION; JP MORGAN CHASE & CO.; MARKIT GROUP LTD.; MORGAN STANLEY BANK N.A.; THE ROYAL BANK OF SCOTLAND GROUP PLC; AND UBS AG, | ) ) ) ) ) ) ) ) ) ) | Hon. Milton I. Shadur |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 31, 2013, at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Milton I. Shadur, or any judge sitting in his stead, in the courtroom usually occupied by him, Room 2303 of Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present a Motion to Reassign a Related Case.

1

| | |
|---|---|
| Dated: July 17, 2013 | Respectfully submitted,<br><br>KOREIN TILLERY, LLC<br><br>By: /s/ George A. Zelcs<br>George A. Zelcs<br>John A. Libra<br>Korein Tillery LLC<br>205 North Michigan Plaza<br>Suite 1950<br>Chicago, Illinois 60601<br>Tel: (312) 641-9750<br>Fax: (312) 641-9751<br>gzelcs@koreintillery.com<br>jlibra@koreintillery.com<br><br>Stephen M. Tillery<br>Robert L, King<br>Korein Tillery LLC<br>One U.S. Bank Plaza<br>505 N. 7th Street, Suite 3600<br>St. Louis, MO 63101-1625<br>Tel: (314) 241-4844<br>Fax: (314) 241-3525<br>stillery@koreintillery.com<br>rking@koreintillery.com<br><br>Daniel A. Small<br>David A. Young<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Avenue, NW, Suite 500 West<br>Washington, DC 20005<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699<br>dsmall@cohenmilstein.com<br>dyoung@cohenmilstein.com<br><br>Azra Mehdi<br>THE MEHDI FIRM, PC<br>One Market<br>Spear Tower, Suite 3600<br>San Francisco, CA 94105<br>Tel: (415) 293-8039<br>Fax: (415) 293-8001<br>azram@themehdifirm.com |

Merrill G. Davidoff
Ruthanne Gordon
Michael C. Dell'Angelo
David A. Langer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdavidoff@bm.net
rgordon@bm.net

Roberta D. Liebenberg
Jeffrey Istvan
Adam J. Pessin
FINE, KAPLAN & BLACK, R.P.C.
One South Broad Street
Suite 2300
Philadelphia, PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com
jistvan@finekaplan.com
apessin@finekaplan.com

*Attorneys for Plaintiffs Unipension Fondsmæglerselskab A/S, Arkitekternes Pensionskasse, MP Pension - Pensionskassen for Magistre & Psykologer, and Pensionskassen for Jordbrugsakademikere & Dyrlæger*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2013, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

By: /s/ George A. Zelcs
GEORGE A. ZELCS