**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 1:13-cv-03357

SHEET METAL WORKERS LOCAL NO. 33 CLEVELAND
DISTRICT PENSION PLAN
v.
BANK OF AMERICA CORP., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHEET METAL WORKERS LOCAL NO. 33 CLEVELAND
DISTRICT PENSION PLAN (Plaintiff)

| | |
|---|---|
| NAME (Type or print) <br> Christopher M. Burke | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Christopher M. Burke | |
| FIRM <br> Scott+Scott, Attorneys at Law, LLP | |
| STREET ADDRESS <br> 707 Broadway, Suite 1000 | |
| CITY/STATE/ZIP <br> San Diego, CA 92101 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 619-233-4565 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |