**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                   Case Number: 13-CV-3357

Sheet Metal Workers Local No. 33 Cleveland District Pension Plan, et al.,
  v.
Bank of America Corp., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HSBC Bank plc

| | |
|---|---|
| NAME (Type or print) <br> Britt M. Miller | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Britt M. Miller | |
| FIRM <br> Mayer Brown LLP | |
| STREET ADDRESS <br> 71 South Wacker Drive | |
| CITY/STATE/ZIP <br> Chicago, IL 60606-4637 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6256398 | TELEPHONE NUMBER <br> (312) 782-0600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |