# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number:    13-cv-03357

SHEET METAL WORKERS LOCAL NO. 33 CLEVELAND
DISTRICT PENSION PLAN, Individually and on Behalf of
All Those Similarly Situated,

v.

BANK OF AMERICA CORPORATION, BANK OF AMERICA,
N.A., BARCLAYS BANK PLC, BNP PARIBAS, CITIGROUP, INC.,
CITIBANK, N.A., CITIGROUP GLOBAL MARKETS INC., CREDIT
SUISSE AG, DEUTSCHE BANK AG, GOLDMAN, SACHS & CO., HSBC
BANK PLC, HSBC BANK USA N.A., JPMORGAN CHASE & CO.,
JPMORGAN CHASE BANK, N.A., MORGAN STANLEY & CO., LLC,
ROYAL BANK OF SCOTLAND PLC, ROYAL BANK OF SCOTLAND
N.V., UBS AG, UBS SECURITIES LLC, INTERNATIONAL SWAPS
AND DERIVATIVES ASSOCIATION, and MARKIT GROUP LTD.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants UBS AG and UBS Securities LLC

| NAME (Type or print) |
| --- |
| David C. Bohan |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ David C. Bohan |

| FIRM |
| --- |
| Katten Muchin Rosenman LLP |

| STREET ADDRESS |
| --- |
| 525 W. Monroe St. |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| IL #3122194 | (312) 902-5200 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y |

| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| --- |
| RETAINED COUNSEL                                    APPOINTED COUNSEL |