# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHEET METAL WORKERS LOCAL NO. 33 CLEVELAND DISTRICT PENSION PLAN, Individually and on Behalf of All Those Similarly Situated<br><br>        Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BARCLAYS BANK PLC, BNP PARIBAS, CITIGROUP, INC., CITIBANK, N.A., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE AG, DEUTSCHE BANK AG, GOLDMAN, SACHS & CO., HSBC BANK PLC, HSBC BANK USA N.A., JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., MORGAN STANLEY & CO., LLC, ROYAL BANK OF SCOTLAND PLC, ROYAL BANK OF SCOTLAND N.V., UBS AG, UBS SECURITIES LLC, INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION, and MARKIT GROUP LTD.,<br><br>        Defendants. | Case 1:13-cv-03357 |

## STIPULATION SETTING TIME FOR DEFENDANTS TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT

WHEREAS, plaintiff Sheet Metal Workers Local No. 33 Cleveland District Pension Plan filed a complaint in the above-captioned case on May 3, 2013 (the "Original Complaint");

WHEREAS, plaintiff filed an amended complaint on July 12, 2013 (the "Amended Complaint") and the Court has set a status conference for August 26, 2013;

WHEREAS, on July 11, 2013, plaintiffs Unipension Fondsmaeglerselskab A/S, Arkitekternes Pensionkasse, MP Pension–Pensionskassen for Magistre & Psykologer, and Pensionkassen for Jordbrugsakademikere & Dyrlaeger filed a complaint in Case 1:13-cv-04979 (Norgle, J.) (the "Unipension Complaint"), in the Northern District of Illinois asserting substantially similar allegations and claims as in this action;

WHEREAS on July 16, 2013, plaintiff Value Recovery Fund LLC filed a complaint in Case 13:civ-4928 (Abrams, J.) (the "VRF Complaint") in the Southern District of New York asserting substantially similar allegations and claims as in this action;

WHEREAS other plaintiffs may file additional complaints in the Northern District of Illinois or elsewhere asserting substantially similar allegations and claims as in this action ("Related Actions"); and

WHEREAS, on July 16, 2013, plaintiff moved the Judicial Panel on Multidistrict Litigation ("JPML"), MDL No. 2476, *In re Credit Default Swaps Antitrust Litigation*, to consolidate in this Court the foregoing Unipension, VRF and any Related Actions for purposes of pre-trial proceedings including the filing of a single consolidated complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

1. The undersigned counsel accept service of the Amended Complaint for their respective clients named in the Amended Complaint without waiver of any defenses, including those related to personal jurisdiction and venue.

2. Defendants' time to answer, move or otherwise respond to the Amended Complaint is hereby suspended while JPML proceedings are pending, provided that:

   (i) upon resolution of the JPML consolidation proceedings, the parties shall confer in good faith about a schedule for filing and responding to whatever consolidated complaint is ultimately to be filed in the court determined by the JPML, with the filing to be not less than 45 days following such resolution by the JPML and any ensuing motion to dismiss such consolidated complaint being briefed pursuant to a 60-60-30 day schedule; and

   (ii) if defendants' time to answer, move, or otherwise respond to a complaint in any Related Action or other pending action is not similarly suspended pending the JPML

proceedings, the suspension set forth herein shall end and the parties shall meet and confer in good faith concerning the schedule in this action, with defendants preserving all rights to seek from the Court an order suspending any response pending resolution of the JPML proceedings.

DATED: July 23, 2013                    SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

*Christopher M. Burke / kma*
_____
CHRISTOPHER M. BURKE (*pro hac vice*)
WALTER W. NOSS (*pro hac vice*)
KRISTEN M. ANDERSON (*pro hac vice*)
ANNE L. BOX (*pro hac vice*)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-233-4565
619-233-0508 (fax)

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
DAVID R. SCOTT (*pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
860-537-4432 (fax)

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
DONALD A. BROGGI
MAX SCHWARTZ
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174-4099
Telephone: 212-223-6444
212-223-6334 (fax)

FREED KANNER LONDON & MILLEN LLC
MICHAEL J. FREED (0869120)
2201 N. Waukegan Rd., Suite 130
Bannockburn, IL 60015
Telephone: 224-632-4500
224-632-4521 (fax)

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
THOMAS J. UNDLIN (*pro hac vice*)
K. CRAIG WILDFANG (*pro hac vice*)
STACEY P. SLAUGHTER (*pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN 55402
Telephone: 612-349-8500
612-339-4181 (fax)

THE MOGIN LAW FIRM, P.C.
DANIEL J. MOGIN (*pro hac vice*)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619-687-6611
619-687-6610 (fax)

*Attorneys for Plaintiff Sheet Metal Workers Local No. 33 Cleveland District Pension Plan*

_____
Robert F. Wise
Arthur J. Burke
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: 212-450-4000
Facsimile: 212-701-5800
robert.wise@davispolk.com
arthur.burke@davispolk.com

*Attorneys for Defendants Bank of America Corporation and Bank of America, N.A.*

/s/ Nathan P. Eimer /SMR
Nathan P. Eimer
Susan M. Razzano
Alexis G. Chardon
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: 312-660-7600
Facsimile: 312-692-1718
neimer@eimerstahl.com
srazzano@eimerstahl.com
achardon@eimerstahl.com

Todd Fishman
Michael Feldberg
M. Elaine Johnston
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-610-6300
todd.fishman@allenovery.com
michael.feldberg@allenovery.com
elaine.johnson@allenovery.com

*Attorneys for Defendant Barclays Bank PLC*

*(signature)*

Christopher B. Wilson
PERKINS COIE LLP
131 South Dearborn Street
Suite 1700
Chicago, Illinois 60603
Telephone: 312-324-8400
cwilson@perkinscoie.com

David C. Esseks
Brian A. de Haan
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-610-6300
david.esseks@allenovery.com
brian.dehaan@allenovery.com

John Terzaken
Molly Kelley
ALLEN & OVERY LLP
1301 K Street NW
9th Floor, East Tower
Washington, D.C. 20005
Telephone: 202-683-3800
john.terzaken@allenovery.com
molly.kelley@allenovery.com

*Attorneys for Defendant BNP Paribas*

 

 

David F. Graham
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7596
Facsimile: 312-853-7036
dgraham@sidley.com

*Attorney for Defendants Citigroup, Inc., Citibank, N.A., and Citigroup Global Markets Inc.*

                                              */s/*

J. Robert Robertson
Benjamin F. Holt
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC  20004
Telephone:  202-637-5600
Facsimile:  202-637-5910
robby.robertson@hoganlovells.com
benjamin.holt@hoganlovells.com

*Attorneys for Defendant Credit Suisse AG*

/s/ Paula Render
David P. Wales
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone: 202-879-3939
Facsimile: 202-626-1700
dpwales@jonesday.com

Paula W. Render
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone: 312-782-3939
Facsimile: 312-782-8585
prender@jonesday.com

Eric P. Stephens
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306
epstephens@jonesday.com

*Attorneys for Defendant Deutsche Bank AG*

/s/ Robert Y. Sperling

Robert Y. Sperling
Thomas Kirsch II
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: 312-558-5600
Facsimile: 312-558-5700
rsperling@winston.com
tkirsch@winston.com

Elizabeth Papez
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006
Telephone: 202-282-5000
Facsimile: 202-282-5100
epapez@winston.com

Richard C. Pepperman
Andrew D. Pietro
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: 212-558-4000
Facsimile: 212-558-3588
peppermanr@sullcrom.com
pietroda@sullcrom.com

*Attorneys for Defendant
Goldman, Sachs & Co.*

/s/ Andrew S. Marovitz
Andrew S. Marovitz
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: 312-782-0600
Facsimile: 312-701-7711
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

*Attorneys for Defendants HSBC Bank plc and HSBC Bank USA N.A.*

*/s/ Patrick Fitzgerald*

Patrick Fitzgerald
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, IL 60606
Telephone: 312-407-0700
Facsimile: 312-407-0711
patrick.fitzgerald@skadden.com

Peter E. Greene (*pro hac vice*)
Peter S. Julian (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: 212-735-3000
Facsimile: 212-735-2000
peter.greene@skadden.com
peter.julian@skadden.com

*Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*

/s/ Daniel Slifkin

Daniel Slifkin
Michael A. Paskin
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Facsimile: 212-474-3700
DSliflin@cravath.com
MPaskin@cravath.com

*Attorneys for Defendant Morgan Stanley & Co., LLC*

/s/

Stephanie D. Jones
FIGLIULO & SILVERMAN, P.C.
10 S. La Salle Street, Suite 3600
Chicago, IL 60603
Telephone: 312-251-4600
Facsimile: 312-251-4610
sjones@fslegal.com

Charles F. Rule (of counsel)
Joseph J. Bial
Amy W. Ray (of counsel)
CADWALADER WICKERSHAM &
TAFT LLP
700 Sixth Street, NW
Washington, DC 20001
Telephone: 202-862-2200
Facsimile: 202-862-2400
rick.rule@cwt.com
joseph.bial@cwt.com
amy.ray@cwt.com

*Attorneys for Defendants Royal Bank of Scotland PLC and Royal Bank of Scotland N.V.*

/s/ David C. Bohan
David C. Bohan
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Telephone: 312-902-5200
Facsimile: 312-902-1061
david.bohen@kattenlaw.com

James J. Calder
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
Telephone: 212-940-8800
Facsimile: 212-940-8776
james.calder@kattenlaw.com

*Attorneys for Defendants UBS AG and UBS Securities LLC*

16

*/s/ Matthew Reilly*

Brian D. Roche (ARDC No. 6183795)
REED SMITH LLP
10 South Wacker Drive – 40th Floor
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400
broche@reedsmith.com

Matthew J. Reilly (*pro hac vice*)
Abram J. Ellis (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
1155 F Street, NW
Washington, DC 20004
Telephone: 202-636-5500
Facsimile: 202-636-5502
matt.reilly@stblaw.com
aellis@stblaw.com

*Attorneys for Defendant International Swaps and Derivatives Association*

_____
Colin Kass
Scott M. Abeles
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Suite 400 South
Washington, DC 20004
Telephone: 202-416-6800
Facsimile: 202-416-6899
ckass@proskauer.com
sabeles@proskauer.com

Alan R. Kusinitz
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
Telephone: 212-969-3000
Facsimile: 212-969-2900
akusinitz@proskauer.com

Steven R. Gilford (ARDC #3121730)
Michael F. Derksen (ARDC #6296212)
PROSKAUER ROSE LLP
70 W. Madison
Suite 3800
Chicago, IL 60602
Telephone: 312-962-3550
Facsimile: 312-962-3551
sgilford@proskauer.com
mderksen@proskauer.com

*Attorneys for Defendant Markit Group LTD.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice list, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury that the foregoing is true and correct. Executed on July 23, 2013.

    s/ Christopher M. Burke
Christopher M. Burke
Scott+Scott, Attorneys at Law, LLP
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619/ 233-4565
Email: cburke@scott-scott.com