# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHEET METAL WORKERS LOCAL NO. 33 CLEVELAND DISTRICT PENSION PLAN, Individually and on Behalf of All Those Similarly Situated,<br><br>     *Plaintiffs*,<br><br>    -against-<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BARCLAYS BANK PLC, BNP PARIBAS, CITIGROUP, INC., CITIBANK, N.A., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE AG, DEUTSCHE BANK AG, GOLDMAN, SACHS & CO., HSBC BANK PLC, HSBC BANK USA N.A., JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., MORGAN STANLEY & CO., LLC, , ROYAL BANK OF SCOTLAND PLC, ROYAL BANK OF SCOTLAND N.V., UBS AG, UBS SECURITIES LLC, INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION, and MARKIT GROUP LTD.,<br><br>     *Defendants*. | No. 13-cv-03357 (MIS) (JTG) |

## DEFENDANT MORGAN STANLEY & CO. LLC'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 & LOCAL RULE 3.2

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the Rules of the United States District Court for the Northern District of Illinois, the undersigned counsel of record for defendant Morgan Stanley & Co. LLC hereby states as follows:

    Morgan Stanley & Co. LLC is a limited liability company whose sole member is Morgan Stanley Domestic Holdings, Inc., a corporation wholly owned by

Morgan Stanley Capital Management, LLC, a limited liability company whose sole member is Morgan Stanley. Morgan Stanley is a publicly held corporation that has no parent corporation.

Based on Securities and Exchange Commission Rules regarding beneficial ownership, Mitsubishi UFJ Financial Group, Inc. 7-1 Marunouchi 2-chome, Chiyoda-ku, Tokyo 100-8330, beneficially owns greater than 10% of Morgan Stanley's outstanding common stock.

July 31, 2013

        MCLAWHORN LAW OFFICES, P.C.,

        by

           /s/ Todd McLawhorn
           Todd McLawhorn

           407 S. Dearborn
           Suite 1310
           Chicago, IL 60605
           (312) 419-1941
           todd@mcllegal.com

        CRAVATH, SWAINE & MOORE LLP,

        Daniel Slifkin (admitted *pro hac vice*)
        Michael A Paskin (admitted *pro hac vice*)

           Worldwide Plaza
           825 Eighth Avenue
           New York, NY 10019
           (212) 474-1000
           dslifkin@cravath.com
           mpaskin@cravath.com

        *Attorneys for Defendant Morgan Stanley & Co. LLC*

## **CERTIFICATE OF SERVICE**

In compliance with Federal Rule of Civil Procedure 5 and Rule 5.5 of the Local Rules of the United States District Court for the Northern District of Illinois, I hereby certify that a copy of the foregoing Corporate Disclosure Statement was served on all parties electronically via ECF this 31st day of July 2013.

/s/ Todd McLawhorn
Todd McLawhorn