**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL NO. 33 | ) | |
| CLEVELAND DISTRICT PENSION PLAN, | ) | |
| Individually and on Behalf of All Those | ) | |
| Similarly Situated. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:13-cv-03357 |
| | ) | |
| BANK OF AMERICA CORPORATION; | ) | Hon. Milton I. Shadur |
| BANK OF AMERICA, N.A., BARCLAYS | ) | |
| BANK PLC; BNP PARIBAS; CITIGROUP, | ) | |
| INC.; CITIBANK, N.A.; CITIGROUP | ) | |
| GLOBAL MARKETS INC.; CREDIT SUISSE | ) | |
| AG; DEUTSCHE BANK AG; GOLDMAN, | ) | |
| SACHS & CO.; HSBC HOLDINGS PLC; HSBC | ) | |
| BANK USA N.A.; JP MORGAN CHASE & | ) | |
| CO.; JPMORGAN CHASE BANK, N.A.; | ) | |
| MORGAN STANLEY & CO., LLC; ROYAL | ) | |
| BANK OF SCOTLAND PLC; ROYAL BANK | ) | |
| OF SCOTLAND N.V.; UBS AG; UBS | ) | |
| SECURITIES LLC; INTERNATIONAL | ) | |
| SWAPS AND DERIVATIVES | ) | |
| ASSOCIATION; and MARKIT GROUP LTD., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO REASSIGN A RELATED CASE

Pursuant to Local Rule 40.4, Plaintiff MF Global Capital LLC, individually and on behalf

of a class of all others similarly situated, ("Plaintiff") moves to reassign *MF Global Capital LLC*

*v. Bank of America Corporation, et al.*, Case No. 1:13-cv-05417 (N.D. Ill. filed July 29, 2013)

("the *MF Global* case"), which is currently pending before the Honorable Matthew F. Kennelly,

because it is related to the above-captioned case ("the *Sheet Metal Workers* case).[1]  In support of this motion, Plaintiffs state as follows:

1.     Local Rule 40.4 provides that "[a] case may be reassigned to the calendar of another judge if it is found to be related to an earlier-numbered case assigned to that judge" and certain additional "criteria" are met.  L.R. 40.4(a), (b).

2.     "Two or more civil cases may be related if one or more of the following conditions are met: (1) the cases involve the same property; (2) the cases involve some of the same issues of fact or law; (3) the cases grow out of the same transaction or occurrence; or (4) in class action suits, one or more of the classes involved in the cases is or are the same."  L.R. 40.4(a).  "The following additional criteria also must be satisfied: (1) both cases are pending in this Court; (2) the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort; (3) the earlier case has not progressed to the point where designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and (4) the cases are susceptible of disposition in a single proceeding."  L.R. 40.4(b).

3.     The *MF Global* and *Sheet Metal Workers* cases are related under Local Rule 40.4(a) because both involve "some of the same issues of fact or law."  L.R. 40.4(a).  Both cases are antitrust class actions that involve allegations that the same major dealers of credit default swaps ("CDS") have conspired to restrain competition in the market for CDS.

4.     Both the *MF Global* and *Sheet Metal Workers* cases are pending in the Northern District of Illinois.  L.R. 40.4(b)(1).

---

[1] The complaint in the *MF Global* case is attached as Exhibit A.

5.      "[T]he handling of both cases by the same judge is likely to result in a substantive saving of judicial time and effort."  L.R. 40.4(b)(2).  Both cases will require the Court to develop knowledge of the CDS market, examine the activities of some of the largest financial institutions in the world, and resolve common factual and legal issues.  Handling of these cases by the same Judge will avoid duplication of the substantial effort necessary to acquire such knowledge and address such issues.

6.      The *Sheet Metal Workers* case "has not progressed to the point where designating this case as related would likely delay [it] substantially."  L.R. 40.4(b)(3).  The *Sheet Metal Workers* Defendants have not answered the complaint, no discovery has taken place, and the *Sheet Metal Workers* case was only recently assigned to this Court.

7.      "[T]he cases are susceptible of disposition in a single proceeding," because they involve similar allegations concerning and alleged antitrust conspiracy in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.  L.R. 40.4(b)(4).

8.      On July 31, 2013, this Court granted a similar Motion to Reassign Related Case brought by Plaintiffs Unipension Fondsmæglerselskab A/S, Arkitekternes Pensionskasse, MP Pension - Pensionskassen for Magistre & Psykologer, and Pensionskassen for Jordbrugsakademikere & Dyrlæger in Case No. 1:13-cv-04979 (N.D. Ill. filed July 11, 2013) ("the *Unipension* case") because, like the *MF Global* case, the *Unipension* case and the *Sheet Metal Workers* case involve common parties and questions of law and fact.

Because the requirements of Local Rule 40.4 are satisfied, Plaintiffs request that Case No. 1:13-cv-05417 (N.D. Ill. filed July 29, 2013) be reassigned to Judge Shadur as a related case to *Sheet Metal Workers Local No. 33 v. Bank of America Corporation, et al.*, Case No. 1:13-cv-03357 (filed May 3, 2013).

3

Dated: August 1, 2013                    Respectfully submitted,

                                         KOREIN TILLERY, LLC

                                         By: /s/ George A. Zelcs
                                         George A. Zelcs
                                         Korein Tillery LLC
                                         205 North Michigan Plaza
                                         Suite 1950
                                         Chicago, Illinois 60601
                                         Tel: (312) 641-9750
                                         Fax: (312) 641-9751
                                         gzelcs@koreintillery.com

                                         Steven M. Tillery
                                         Robert King
                                         Giuseppe S. Giardina
                                         Korein Tillery LLC
                                         One U.S. Bank Plaza
                                         505 N. 7th Street, Suite 3600
                                         St. Louis, MO 63101-1625
                                         Tel:  (314) 241-4844
                                         Fax:  (314) 241-3525
                                         stillery@koreintillery.com
                                         rking@koreintillery.com
                                         ggiardina@koreintillery.com

                                         Roberta D. Liebenberg
                                         Jeffrey Istvan
                                         Adam J. Pessin
                                         FINE, KAPLAN & BLACK, R.P.C.
                                         One South Broad Street
                                         Suite 2300
                                         Philadelphia, PA  19107
                                         Tel:  (215) 567-6565
                                         Fax:  (215) 568-5872
                                         rliebenberg@finekaplan.com
                                         jistvan@finekaplan.com
                                         apessin@finekaplan.com

                                         *Attorneys for Plaintiff MF Global Capital LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2013, I electronically filed the foregoing **Motion to Reassign a Related Case** with the Clerk of the Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

By: /s/ George A. Zelcs
GEORGE A. ZELCS