**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL NO. 33 CLEVELAND DISTRICT PENSION PLAN, Individually and on Behalf of All Those Similarly Situated. | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No: 1:13-cv-03357 |
| BANK OF AMERICA CORPORATION; BARCLAYS BANK PLC; BNP PARIBAS S.A.; CITIBANK, N.A.; CREDIT SUISSE AG; DEUTSCHE BANK AG; GOLDMAN, SACHS & CO.; HSBC BANK PLC; HSBC BANK USA, N.A.; INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION; JP MORGAN CHASE & CO.; MARKIT GROUP LTD.; MORGAN STANLEY & CO., LLC; THE ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; and UBS SECURITIES LLC, | ) ) ) ) ) ) ) ) ) ) ) ) | Hon. Milton I. Shadur |
| Defendants. | | |

**DEFENDANTS' MOTION FOR
A FINDING OF RELATEDNESS AND REASSIGNMENT
PURSUANT TO LOCAL RULE 40.4**

Defendants respectfully request that this Court (1) make the determination under Local Rule 40.4 that two cases currently pending before other Judges in this District are related to both the above-captioned case and a related case which is in the process of being reassigned to this Court; and (2) initiate proceedings to reassign all four related cases to the Court supervising the next lowest-numbered case, for the reasons set forth below.

Normally, the Court with the earliest-numbered case would be the forum in which all related cases would be consolidated. But this Court has already indicated, at the July 31, 2013 hearing, that it does not intend to retain these cases. Accordingly it is in the interests of judicial efficiency and economy to have all four cases proceed in front of a single judge who will be able

to proceed with the cases in the longer term. The remaining two cases are before Judge St. Eve (No. 13-cv-5413) and Judge Kennelly (No. 13-cv-5417). Accordingly, defendants respectfully request that this Court determine that the four cases are related and initiate procedures for reassignment and transfer of the cases before it pursuant to Local Rule 40.4(b), which provides for the reassignment of related cases to the judge with the earliest-numbered case.[1]

## I. BACKGROUND

This case is one of four substantially similar cases pending in this District against most or all of the same defendants. Each is a purported class action seeking relief for alleged violations of federal antitrust laws for alleged concerted action to restrain competition in the marketplace for credit default swaps ("CDS"). The four actions, (collectively, the "Class Actions") in filing date order, are:

| | | |
|---|---|---|
| *Sheet Metal Workers Local No. 33 Cleveland District Pension Plan, et al. v. Bank of America Corp. et al.* (the "*Sheet Metal Workers* Action") | No. 13-cv-3357 | Hon. Milton I. Shadur |
| *Unipension Fondsmaeglerselskab A/S, et al. v. Bank of America Corp., et al.* (the "*Unipension* Action") | No. 13-cv-4979 | Hon. Charles Norgle (pending reassignment to Judge Shadur) |
| *LBBW Asset Management Investmentgesellschaft mbH, et al. v. Citibank, N.A., et al.* (the "*LBBW* Action") | No. 13-cv-5413 | Hon. Amy St. Eve |
| *MF Global Capital LLC, et al. v. Bank of America, N.A., et al.* (the "*MF Global* Action") | No. 13-cv-5417 | Hon. Matthew F. Kennelly |

On July 31, 2013, this Court orally granted a motion by the *Unipension* Action plaintiffs for reassignment of their case to this Court. *See* Dkt. 107. As the *Unipension* plaintiffs argued in that motion, both cases "are related under Local Rule 40.4(a) because both involve 'some of the same issues of fact or law' . . . Both cases are antitrust class actions that involve allegations

---

[1] Defendants file this motion without waiver of any defenses, including those related to personal jurisdiction and venue.

that the same Defendants have conspired to restrain competition in the market for credit default swaps." *Unipension* Motion for Reassignment, Case No. 13-cv-3357, Dkt. 46. This Court, however, stated that due to recent assignment of a multidistrict class action case, this Court will not be able to accept assignment of these cases long-term.

On August 1, 2013, Plaintiffs in the *MF Global* case moved to have their case deemed related to *Sheet Metal Workers* and *Unipension* and reassigned to this Court. *See* Dkt. 105.

As the Class Actions allege essentially the same claims against essentially the same defendants, the discovery, factual development, and legal issues raised in all four cases will overlap significantly.

Courtesy copies of this Motion have been provided to Judge St. Eve and Judge Kennelly.

## II. ARGUMENT

Defendants bring this Motion to seek a determination of the relatedness of the *LBBW* and *MF Global* Actions due to their relatedness to the *Sheet Metal Workers* and *Unipension* Actions now pending before this Court. Because this Court has the lowest-numbered and earliest-filed of the four Class Actions, a determination of the relatedness of the July 29 Cases by this Court would be appropriate.

### A. All Four Cases Are Related.

Local Rule 40.4(a) provides that two or more cases may be "related" if any of the following conditions are met:

    (1) the cases involve the same property;

    (2) the cases involve some of the same issues of fact or law;

    (3) the cases grow out of the same transaction or occurrence; or

    (4) in class action suits, one or more of the classes involved in the cases is or are the same.

Here, the Class Actions (i) involve virtually identical issues of fact and law, and (ii) the classes involved are effectively the same.

*Same Issues of Fact and Law.* The July 29 Cases are related to the two already pending before this Court. The Class Actions each allege that the named defendants conspired to prevent exchanges and others from establishing exchange trading of CDS, thereby restraining competition. The alleged causes of action predominantly overlap in each case, as do Plaintiffs' requests for relief. *Compare* Ex. A, *LBBW* Compl.; Ex. B, *Unipension* Compl.; Ex. C, *MF Global* Compl.; *and* Dkt. 1, *Sheet Metal Workers* Compl. For example:

- Each suit alleges that defendants conspired to violate § 1 of the Sherman Act by fixing or raising bid/ask spreads on CDS and/or by blocking the entry of new market participants. *Compare* Ex. A, *LBBW* Compl. ¶¶ 230-35, Ex. B, *Unipension* Compl. ¶¶ 159-162; Ex. C, *MF Global* Compl. ¶¶ 154-57, and Dkt. 1, *Sheet Metal Workers* Compl. ¶¶ 126-45.

- Each suit alleges that the relevant antitrust market for these claims should focus on the purchase and sale of CDS in the United States. *Compare* Ex. A, *LBBW* Compl. ¶¶ 214-16, Ex. B, *Unipension* Compl. ¶¶ 169-170; Ex. C, *MF Global* Compl. ¶¶ 164-66, and Dkt. 1, *Sheet Metal Workers* Compl. ¶¶ 48-54.

- Each suit attempts to bolster its similar allegations by alluding to antitrust regulators' investigations of various entities that trade in CDS. *Compare* Ex. A, *LBBW* Compl. ¶¶ 191-99, Ex. B, *Unipension* Compl. ¶¶ 150-158; Ex. C, *MF Global* Compl. ¶¶ 145-53, and Dkt. 1, *Sheet Metal Workers* Compl. ¶¶ 106-10.

Thus, the Class Actions are related under Local Rule 40.4(a)(2), as they "involve some of the same issues of fact or law."

*Similar Purported Classes.* The four Class Actions each purport to represent, in effect, all persons that traded CDS with defendants (or, as sometimes alleged, also with non-defendant CDS dealers) over a period of several years from 2008 to 2011 (or later, in certain Actions). *Compare* Ex. A, *LBBW* Compl. ¶¶ 207-08, Ex. B, *Unipension* Compl. ¶¶ 174-75; Ex. C, *MF Global* Compl. ¶¶ 169-70, and Dkt. 1, *Sheet Metal Workers* Compl. ¶¶ 111-12. The four Class Actions are thus also related under both Local Rule 40(a)(2) in that they "involve some of the

same issues of fact or law," and under Local Rule 40.4(a)(4) in that the purported classes are equivalent.

### B. All Four Cases Would Benefit From a Single Assignment.

As related cases, these four cases should be handled by the same Judge. Upon determination that cases are related, the Local Rules provide that a court must then decide whether reassignment is appropriate. The reassignment criteria are set out in Local Rule 40.4(b):

>    (1) both cases are pending in this Court;
>
>    (2) the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort;
>
>    (3) the earlier case has not progressed to the point where designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and
>
>    (4) the cases are susceptible of disposition in a single proceeding.

The July 29 Cases, and, Defendants respectfully submit, the bench of this District, would be best served by a consolidated assignment before a single Judge alongside the *Unipension* and *Sheet Metal Workers* Actions, based upon the same facts and logic that supported the reassignment of the *Unipension* Action.

*First*, all of the Class Actions are pending in this district, as envisioned by Local Rule 40.4(b)(1).

*Second*, handling the July 29 Cases jointly with the two Class Actions now before this Court would likely save substantial judicial time and effort. Local Rule 40.4(b)(2). As shown above, all four cases seek similar relief, on the same theories, against a largely-identical set of defendants. Adjudicating these matters will require the Court to develop knowledge of the CDS marketplace, examine the activities of large and sophisticated financial institutions, and potentially supervise substantial (and similar) discovery requests against such parties.

Consolidating the supervision of these matters before one Judge would avoid duplicative efforts to address the same issues of law, fact, and procedure involving the same exact parties.

*Third*, no case has progressed to the point where designating the July 29 Cases as related would cause any delay. Local Rule 40(b)(3). All four cases have the same (early) procedural posture. No answers have been filed by any defendant, and no discovery has been initiated.

*Fourth*, for the reasons discussed above – the involvement of some of the same issues of fact and law, applied to the same parties – the four cases are also "susceptible of disposition in a single proceeding." Local Rule 40.4(b)(4). Courts in this District do not seek perfect congruence between related cases, but instead order reassignment where the matters presented could be adjudicated together. *Global Patent Holdings LLC v. Green Bay Packers*, No. 00-cv-4623, 2008 WL 1848142, at *4 (N.D. Ill. Apr. 23, 2008) (stating that the 40.4(b)(4) criterion would be satisfied if "both actions involve *prima facie* fundamentally similar claims and defenses"); *DbD Franchising Inc. v. DeLaurentis*, No. 09-cv-669, 2009 WL 1766751, at *5 (N.D. Ill. June 23, 2009) (taking into account a number of factual issues, including whether the cases involved the same parties, similar factual issues, and same witnesses before deciding that the cases were susceptible to disposition in a single proceeding); *Fairbanks Capital Corp. v. Jenkins*, No. 02-cv-3930, 2002 WL 31655277, at *2-3 (N.D. Ill. Nov. 25, 2002) (even though cases differed as far as parties and witnesses were concerned, the fact that both cases required the court to determine the legality of a common practice was sufficient to meet the requirements of 40.4(b)(4)).

Thus, all requirements of Local Rule 40.4(b) are met here, and a determination that the July 29 Cases are related to the *Sheet Metal Workers* and *Unipension* Actions and that the Class Actions should be reassigned is appropriate.

**CONCLUSION**

For the foregoing reasons and to conserve judicial resources, Defendants respectfully request that this Court: (1) make the determination pursuant to Local Rule 40.4 that the July 29 Cases—*LBBW Asset Management Investmentgesellschaft mbH, et al. v. Citibank, N.A., et al.*, Case No. 13-cv-5413, and *MF Global Capital LLC, et al. v. Bank of America, N.A., et al.*, Case No. 13-cv-5417—are related cases to *Sheet Metal Workers Local No. 33 v. Bank of America Corporation, et al.*, Case No. 13-cv-3357; and (2) initiate procedures to reassign the related cases *Sheet Metal Workers Local No. 33 v. Bank of America Corporation, et al.*, Case No. 13-cv-3357, *Unipension Fondsmaeglerselskab A/S, et al. v. Bank of America Corp., et al.*, Case No. 13-cv-4979, and *MF Global Capital LLC, et al. v. Bank of America, N.A., et al.*, Case No. 13-cv-5417, to the Court supervising the next earliest-numbered related case, which is *LBBW Asset Management Investmentgesellschaft mbH, et al. v. Citibank, N.A., et al.*, Case No. 13-cv-5413.

Dated: August 1, 2013  Respectfully submitted,

/s/ Paula W. Render

David P. Wales
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone: 202-879-3939
Facsimile: 202-626-1700
dpwales@jonesday.com

Paula W. Render
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone: 312-782-3939
Facsimile: 312-782-8585
prender@jonesday.com

Eric P. Stephens
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone:  212-326-3939
Facsimile:  212-755-7306
epstephens@jonesday .com

*Attorneys for Defendant Deutsche Bank AG*


/s/ Robert F. Wise
Robert F. Wise
Arthur J. Burke
DAVIS POLK & WARDWELL LLP
450 Lexington A venue
New York, NY 10017
Telephone:  212-450-4000
Facsimile:  212-701-5800
robert.wise@davispolk.com
arthur.burke@davispolk.com

*Attorneys for Defendants Bank of America Corporation and Bank of America, NA.*


/s/ Todd Fishman
Nathan P. Eimer
Susan M. Razzano
Alexis O. Chardon
EIMER STAHL LLP
224 South Michigan A venue, Suite 1100
Chicago, IL 60604
Telephone:  312-660-7600
Facsimile:  312-692-1718
neimer@eimerstahl.com
srazzano@eimerstahl.com
achardon@eimerstahl.com

Todd Fishman
Michael Feldberg
M. Elaine Johnston
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-610-6300
todd.fishman@allenovery.com
michael.feldberg@allenovery.com
elaine.johnson@allenovery.com

*Attorneys for Defendant Barclays Bank PLC*


/s/ John Terzaken
Christopher B. Wilson
PERKINS COIE LLP
131 South Dearborn Street
Suite 1700
Chicago, Illinois 60603
Telephone: 312-324-8400
cwilson@perkinscoie.com

David C. Esseks
Brian A. de Haan
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212-610-6300
david.esseks@allenovery.com
brian.dehaan@allenovery.com

John Terzaken
Molly Kelley
ALLEN & OVERY LLP
1301 K Street NW
9th Floor, East Tower
Washington, D.C. 20005
Telephone: 202-683-3800
john.terzaken@allenovery.com
molly.kelley@allenovery.com

*Attorneys for Defendant BNP Paribas*

/s/ David F. Graham
David F. Graham
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7596
Facsimile: 312-853-7036
dgraham@sidley.com

*Attorney for Defendants Citigroup, Inc., Citibank, NA., and Citigroup Global Markets Inc.*


/s/ Benjamin F. Holt
J. Robert Robertson
Benjamin F. Holt
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
robby.robertson@hoganlovells.com
benjamin.holt@hoganlovells.com

*Attorneys for Defendant Credit Suisse AG*


/s/ Robert Y. Sperling
Robert Y. Sperling
Thomas Kirsch II
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: 312-558~5600
Facsimile: 312-558-5700
rsperling@winston.com
tkirsch@winston.com

Elizabeth Papez
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006
Telephone: 202-282-5000
Facsimile: 202-282-5100
epapez@winston.com

Richard C. Pepperman
Andrew D. Pietro
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: 212-558-4000
Facsimile: 212-558-3588
peppermanr@sullcrom.com
pietroda@sullcrom .com

*Attorneys for Defendant Goldman, Sachs & Co.*


/s/ Britt M. Miller  
Andrew S. Marovitz
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone: 312-782-0600
Facsimile: 312-701-7711
amarovitz@mayerbrown.com
bmiller@mayerbrown.com

*Attorneys for Defendants HSBC Bank plc
and HSBC Bank USA, N.A.*

/s/ Peter E. Greene
Patrick Fitzgerald
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, IL 60606
Telephone: 312-407-0700
Facsimile: 312-407-0711
patrick.fitzgerald@skadden.com

Peter E. Greene (*pro hac vice*)
Peter S. Julian (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Telephone: 212-735-3000
Facsimile: 212-735-2000
peter.greene@skadden.com
peter.julian@skadden. com

*Attorneys for Defendants JP Morgan Chase & Co. and JPMorgan Chase Bank, NA.*


/s/ Michael A. Paskin
Daniel Slifkin
Michael A. Paskin
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212-474-1000
Facsimile: 212-474-3700
DSlifkin@cravath.com
MPaskin@cravath.com

*Attorneys for Defendant Morgan Stanley & Co., LLC*

/s/ Stephanie D. Jones
Stephanie D. Jones
FIGLIULO & SILVERMAN, P.C.
10 S. La Salle Street, Suite 3600
Chicago, IL 60603
Telephone: 312-251-4600
Facsimile: 312-251-4610
sjones@fslegal.com

Charles F. Rule (of counsel)
Joseph J. Bial
Amy W. Ray (of counsel)
CADWALADER WICKERSHAM &
TAFT LLP
700 Sixth Street, NW
Washington, DC 20001
Telephone: 202-862-2200
Facsimile: 202-862-2400
rick.rule@cwt.com
joseph.bial@cwt.com
amy.ray@cwt.com

*Attorneys for Defendants Royal Bank of Scotland PLC and Royal Bank of Scotland N. V.*


/s/ David C. Bohan
David C. Bohan
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Telephone: 312-902-5200
Facsimile: 312-902-1061
david.bohen@kattenlaw.com

James J. Calder
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022
Telephone: 212-940-8800
Facsimile: 212-940-8776
james.calder@kattenlaw.com

*Attorneys for Defendants UBS AG and UBS Securities LLC*

/s/ Abram J. Ellis
Brian D. Roche (ARDC No. 6183795)
REED SMITH LLP
10 South Wacker Drive - 40th Floor
Chicago, IL 60606
Telephone: 312-207-1000
Facsimile: 312-207-6400
broche@reedsmith.com

Matthew J. Reilly (*pro hac vice*)
Abram J. Ellis (*pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
1155 F Street, NW
Washington, DC 20004
Telephone: 202-636-5500
Facsimile: 202-636-5502
matt.reilly@stblaw.com
aellis@stblaw.com

*Attorneys for Defendant International Swaps and Derivatives Association*

/s/ Colin Kass
Colin Kass
Scott M. Abeles
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Suite 400 South
Washington, DC 20004
Telephone: 202-416-6800
Facsimile: 202-416-6899
ckass@proskauer.com
sabeles@proskauer.com

Alan R. Kusinitz
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
Telephone: 212-969-3000
Facsimile: 212-969-2900
akusinitz@proskauer.com

    Steven R. Gilford (ARDC #3121730)
    Michael F. Derksen (ARDC #6296212)
    PROSKAUER ROSE LLP
    70 W. Madison
    Suite 3800
    Chicago, IL 60602
    Telephone: 312-962-3550
    Facsimile: 312-962-3551
    sgilford@proskauer.com
    mderksen@proskauer.com

*Attorneys for Defendant Markit Group LTD.*

-16-

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2013, I electronically filed the foregoing **Defendants' Motion For a Finding of Relatedness and Reassignment Pursuant to Local Rule 40.4** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all persons registered electronically with the Court's electronic filing system:


Dated: August 1, 2013                /s/ Paula W. Render_____
                                     Paula W. Render


CHI-1898901v1