**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL NO. 33 CLEVELAND DISTRICT PENSION PLAN, Individually and on Behalf of All Those Similarly Situated. | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No: 1:13-cv-03357 |
| BANK OF AMERICA CORPORATION; BARCLAYS BANK PLC; BNP PARIBAS S.A.; CITIBANK, N.A.; CREDIT SUISSE AG; DEUTSCHE BANK AG; GOLDMAN, SACHS & CO.; HSBC BANK PLC; HSBC BANK USA, N.A.; INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION; JP MORGAN CHASE & CO.; MARKIT GROUP LTD.; MORGAN STANLEY BANK N.A.; THE ROYAL BANK OF SCOTLAND GROUP PLC; AND UBS AG, | ) ) ) ) ) ) ) ) ) ) | Hon. Milton I. Shadur |
| Defendants. | ) ) | |

**DEFENDANT HSBC BANK USA, N.A.'S DISCLOSURE
STATEMENT AND NOTIFICATION OF AFFILIATES
PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Defendant HSBC Bank USA, N.A. makes the following disclosures:

1. HSBC Bank USA, N.A., a national banking association organized and existing under the laws of the United States of America, is not a publicly held company.

2. HSBC Bank USA, N.A. is wholly owned by HSBC USA, Inc., which is indirectly owned by HSBC North America Holdings, Inc., which, in turn, is indirectly owned by HSBC Holdings plc.

3. The shares of HSBC Holdings plc are traded on certain foreign stock exchanges and are traded over the counter in the United States as sponsored American depository receipts. No public company owns more than 10% of the shares of HSBC Holdings plc.

Dated: August 2, 2013   Respectfully submitted,

By: _/s/ Britt M. Miller_____
Andrew S. Marovitz
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
(312) 701-7711 – fax

*Counsel for HSBC Bank USA, N.A.*

## **CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on August 2, 2013, I caused a true and correct copy of the foregoing **DEFENDANT HSBC BANK USA, N.A.'S DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2**, to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Britt M. Miller
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 782-0600
Fax: (312) 701-7711
E-mail: bmiller@mayerbrown.com

707169929