**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHEET METAL WORKERS LOCAL NO. 33 ) <br> CLEVELAND DISTRICT PENSION PLAN, ) <br> Individually and on Behalf of All Those ) <br> Similarly Situated. ) <br> ) <br>           Plaintiff, ) <br>   v. ) <br> ) <br> BANK OF AMERICA CORPORATION; BARCLAYS ) <br> BANK PLC; BNP PARIBAS S.A.; CITIBANK, N.A.; ) <br> CREDIT SUISSE AG; DEUTSCHE BANK AG; ) <br> GOLDMAN, SACHS & CO.; HSBC BANK PLC; ) <br> HSBC BANK USA, N.A.; INTERNATIONAL SWAPS ) <br> AND DERIVATIVES ASSOCIATION; JP MORGAN ) <br> CHASE & CO.; MARKIT GROUP LTD.; MORGAN ) <br> STANLEY BANK N.A.; THE ROYAL BANK OF ) <br> SCOTLAND GROUP PLC; AND UBS AG, ) <br> ) <br>           Defendants. ) | Case No: 1:13-cv-03357 <br><br> Hon. Milton I. Shadur |

**DEFENDANT HSBC BANK PLC'S DISCLOSURE
STATEMENT AND NOTIFICATION OF AFFILIATES
PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Defendant HSBC Bank plc makes the following disclosures:

1. HSBC Bank plc, a company incorporated with limited liability in England, is not a publicly held company.

2. HSBC Bank plc is wholly owned by HSBC Holdings plc.

3. The shares of HSBC Holdings plc are traded on certain foreign stock exchanges and are traded over the counter in the United States as sponsored American depository receipts. No public company owns more than 10% of the shares of HSBC Holdings plc.

Dated: August 2, 2013

Respectfully submitted,

By:   /s/ Britt M. Miller
    Andrew S. Marovitz
    Britt M. Miller
    MAYER BROWN LLP
    71 South Wacker Drive
    Chicago, Illinois 60606
    (312) 782-0600
    (312) 701-7711 – fax

*Counsel for HSBC Bank plc*

## **CERTIFICATE OF SERVICE**

      I, Britt M. Miller, an attorney, hereby certify that on August 2, 2013, I caused a true and correct copy of the foregoing **DEFENDANT HSBC BANK PLC'S DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2**, to be filed and served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Britt M. Miller_____
Britt M. Miller
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 782-0600
Fax: (312) 701-7711
E-mail: bmiller@mayerbrown.com

707169873