# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL NO. 33 ) <br> CLEVELAND DISTRICT PENSION PLAN, ) <br> Individually and on Behalf of All Those ) <br> Similarly Situated. ) <br>      ) <br>         Plaintiff, ) <br> v.                                      ) <br>      ) <br> BANK OF AMERICA CORPORATION; BARCLAYS ) <br> BANK PLC; BNP PARIBAS S.A.; CITIBANK, N.A.; ) <br> CREDIT SUISSE AG; DEUTSCHE BANK AG; ) <br> GOLDMAN, SACHS & CO.; HSBC BANK PLC; ) <br> HSBC BANK USA, N.A.; INTERNATIONAL SWAPS ) <br> AND DERIVATIVES ASSOCIATION; JP MORGAN ) <br> CHASE & CO.; MARKIT GROUP LTD.; MORGAN ) <br> STANLEY & CO., LLC; THE ROYAL BANK OF ) <br> SCOTLAND GROUP PLC; UBS AG; and UBS ) <br> SECURITIES LLC, ) <br>      ) <br>         Defendants. | Case No: 1:13-cv-03357 <br><br> Hon. Milton I. Shadur |

**DEFENDANT DEUTSCHE BANK AG'S NOTIFICATION OF
AFFILIATES AND DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2 and Fed. R. Civ. P. 7.1, Deutsche Bank AG states that it is a publicly held corporation and that the sole publicly held corporation that owns five percent or more of its shares is BlackRock, Inc.

Dated: August 5, 2013

-2-

Respectfully submitted,

/s/ Paula W. Render

David P. Wales
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone: 202-879-3939
Facsimile: 202-626-1700
dpwales@jonesday.com

Paula W. Render
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone: 312-782-3939
Facsimile: 312-782-8585
prender@jonesday.com

Alex P. Middleton
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone: 312-782-3939
Facsimile: 312-782-8585
apmiddleton@jonesday.com

Eric P. Stephens
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: 212-326-3939
Facsimile: 212-755-7306
epstephens@jonesday.com

*Attorneys for Defendant Deutsche Bank AG*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 5, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all persons registered electronically with the Court's electronic filing system:

                      /s/ Paula W. Render
                      Paula W. Render

CHI-1899039v1