UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHEET METAL WORKERS LOCAL NO. 33 CLEVELAND DISTRICT PENSION PLAN, Individually and on Behalf of All Those Similarly Situated,<br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BARCLAYS BANK PLC, BNP PARIBAS, CITIGROUP, INC., CITIBANK, N.A., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE AG, DEUTSCHE BANK AG, GOLDMAN, SACHS & CO., HSBC BANK PLC, HSBC BANK USA N.A., JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., MORGAN STANLEY & CO., LLC, ROYAL BANK OF SCOTLAND PLC, ROYAL BANK OF SCOTLAND N.V., UBS AG, UBS SECURITIES LLC, INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION, and MARKIT GROUP LTD.,<br>　　　　　　　　Defendants. | Case No: 1:13-cv-03357<br><br>Hon. Milton I. Shadur |

**MOTION FOR REASSIGNMENT OF RELATED CASE**

Pursuant to Local Rule 40.4, Plaintiff Essex Regional Retirement System ("Plaintiff"), individually and on behalf of a class of all others similarly situated, moves to reassign *Essex Regional Retirement System v. Bank of America Corporation, et al.*, Case No. 1:13-cv-05725 (N.D. Ill. filed August 12, 2013) (the "*Essex* case"), which is currently pending before the Honorable Richard M. Dow, Jr., because it is related to the above-captioned case, (the "*Sheet*

*Metal Workers* case"), which is currently pending before the Hon. Milton I. Shadur.[1] In support of this motion, Plaintiff states as follows:

1. Local Rule 40.4 provides that "[a] case may be reassigned to the calendar of another judge if it is found to be related to an earlier-numbered case assigned to that judge" and certain additional "criteria" are met. L.R. 40.4(a), (b).

2. "Two or more civil cases may be related if one or more of the following conditions are met: (1) the cases involve the same property; (2) the cases involve some of the same issues of fact or law; (3) the cases grow out of the same transaction or occurrence; or (4) in class action suits, one or more of the classes involved in the cases is or are the same." L.R. 40.4(a). "The following additional criteria also must be satisfied: (1) both cases are pending in this Court; (2) the handling of both cases by the same judge is likely to result in a substantial saving of judicial time and effort; (3) the earlier case has not progressed to the point where designating a later filed case as related would be likely to delay the proceedings in the earlier case substantially; and (4) the cases are susceptible of disposition in a single proceeding." L.R. 40.4(b).

3. The *Essex* and *Sheet Metal Workers* cases are related under Local Rule 40.4(a) because both involve "some of the same issues of fact or law." L.R. 40.4(a). Both cases are antitrust class actions that involve allegations that the same Defendants have conspired to restrain competition in the market for credit default swaps ("CDS").

4. Both the *Essex* and *Sheet Metal Workers* cases are pending in the Northern District of Illinois. L.R. 40.4(b)(1).

---

[1] The complaint in the *Essex* case is attached as Exhibit A.

5.  "[T]he handling of both cases by the same judge is likely to result in a substantive saving of judicial time and effort." L.R. 40.4(b)(2). Both cases will require the Court to develop knowledge of the CDS market, examine the activities of some of the largest financial institutions in the world, and resolve common issues. Handling of these cases by the same Judge will avoid duplication of the substantial effort necessary to acquire such knowledge and address such issues.

6.  The *Sheet Metal Workers* case "has not progressed to the point where designating this case as related would likely delay [it] substantially." L.R. 40.4(b)(3). The *Sheet Metal Workers* Defendants have not answered the complaint, no discovery has taken place, and the *Sheet Metal Workers* case was only recently assigned to this Court.

7.  "[T]he cases are susceptible of disposition in a single proceeding," because they involve similar allegations concerning an antitrust conspiracy in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1. L.R. 40.4(b)(4).

8.  This Court has granted two similar motions to reassign cases related to the *Sheet Metal Works* case because, like the *Essex* case, those cases involve common parties and questions of law and fact. On July 31, 2013, the Court granted the Motion to Reassign a Related Case filed by Plaintiffs Unipension Fondsmaeglerselskab A/S, Arkitekternes Pensionkasse, MP Pension – Pensionkassen for Magistre & Psykologer, and Pensionskassen for Jordbrugsakademekere & Drylaeger in Case No. 1:13-cv-04979 (N.D. Ill. filed July 11, 2013). On August 7, 2013, the Court granted the Motion for Reassignment of a Related case filed by Plaintiff MF Global Capital LLC in Case No. 1:13-cv-05417 (N.D. Ill. filed July 29, 2013).

Because the requirements of Local Rule 40.4 are satisfied, Plaintiff respectfully requests that Case No. 1:13-cv-05725 (N.D. Ill. filed August 12, 2013) be reassigned to Judge Shadur as a related case to *Sheet Metal Workers Local No. 33 v. Bank of America Corporation, et al.*, Case No. 1:13-cv-03357 (filed May 3, 2013).

Dated: August 20, 2013

Respectfully submitted,

**FREED KANNER LONDON & MILLEN LLC**

/s/ Michael J. Freed
MICHAEL J. FREED
DONALD L. SAWYER
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: 224-632-4500
Facsimile: 224-632-4521
mfreed@fklmlaw.com
dsawyer@fklmlaw.com

*Of Counsel*

**LABATON SUCHAROW LLP**
LAWRENCE A. SUCHAROW (*pro hac vice* pending)
GREGORY S. ASCIOLLA (*pro hac vice* pending)
JAY L. HIMES (*pro hac vice* pending)
ROBIN A. VAN DER MEULEN (*pro hac vice* pending)
140 Broadway
New York, NY
Telephone: 212-907-0700
Facsimile: 212-818-0477
lsucharow@labaton.com
gasciolla@labaton.com
jhimes@labaton.com
rvandermeulen@labaton.com

*Counsel for Plaintiff and the Proposed Class*

4

          **LOWEY DANNENBERG COHEN & HART, P.C.**
VINCENT BRIGANTI
White Plains Plaza, One North Broadway
White Plains, NY, 10601-2310
Telephone: 914-997-0500
Facsimile: 914-997-0035
VBriganti@lowey.com

*Of Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2013, I electronically filed the foregoing **Motion to Reassign a Related Case** with the Clerk of the Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

/s/ Michael J. Freed
MICHAEL J. FREED
DONALD L. SAWYER
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: 224-632-4500
Facsimile: 224-632-4521
mfreed@fklmlaw.com
dsawyer@fklmlaw.com

*Of Counsel*