# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHEET METAL WORKERS LOCAL NO. 33 CLEVELAND DISTRICT PENSION PLAN, Individually and on Behalf of All Those Similarly Situated,<br><br>               Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BARCLAYS BANK PLC, BNP PARIBAS, CITIGROUP, INC., CITIBANK, N.A., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE AG, DEUTSCHE BANK AG, GOLDMAN, SACHS & CO., HSBC BANK PLC, HSBC BANK USA N.A., JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., MORGAN STANLEY & CO., LLC, ROYAL BANK OF SCOTLAND PLC, ROYAL BANK OF SCOTLAND N.V., UBS AG, UBS SECURITIES LLC, INTERNATIONAL SWAPS AND DERIVATIVES ASSOCIATION, and MARKIT GROUP LTD.,<br><br>               Defendants. | Case No: 1:13-cv-03357<br><br>Hon. Milton I. Shadur |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, September 3, 2013, at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Milton I. Shadur, or any judge sitting in his stead, in the courtroom usually occupied by him, Room 2303 of Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present a Motion to Reassign a Related Case.

| | |
|---|---|
| Dated: August 20, 2013 | Respectfully submitted, |

**FREED KANNER LONDON & MILLEN LLC**

/s/ Michael J. Freed
MICHAEL J. FREED
DONALD L. SAWYER
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: 224-632-4500
Facsimile: 224-632-4521
mfreed@fklmlaw.com
dsawyer@fklmlaw.com

*Of Counsel*

**LABATON SUCHAROW LLP**
LAWRENCE A. SUCHAROW (*pro hac vice* pending)
GREGORY S. ASCIOLLA (*pro hac vice* pending)
JAY L. HIMES (*pro hac vice* pending)
ROBIN A. VAN DER MEULEN (*pro hac vice* pending)
140 Broadway
New York, NY
Telephone: 212-907-0700
Facsimile: 212-818-0477
lsucharow@labaton.com
gasciolla@labaton.com
jhimes@labaton.com
rvandermeulen@labaton.com

*Counsel for Plaintiff and the Proposed Class*

**LOWEY DANNENBERG COHEN & HART, P.C.**
VINCENT BRIGANTI
White Plains Plaza, One North Broadway
White Plains, NY, 10601-2310
Telephone: 914-997-0500
Facsimile: 914-997-0035
VBriganti@lowey.com

*Of Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2013, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will automatically send a notice of electronic filing to all persons registered for ECF as of that date.

/s/ Michael J. Freed
MICHAEL J. FREED
DONALD L. SAWYER
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: 224-632-4500
Facsimile: 224-632-4521
mfreed@fklmlaw.com
dsawyer@fklmlaw.com

*Of Counsel*
