IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
--------------------------------------------------------------------x
SHEET METAL WORKERS LOCAL NO. 33       :
CLEVELAND DISTRICT PENSION PLAN,       :
Individually and on Behalf of All Those Similarly  :
Situated,                              :
                                       :    Case No.: 1:13-cv-03357
              Plaintiff,               :
                                       :    Hon. Milton I. Shadur
        v.                             :
                                       :
BANK OF AMERICA CORPORATION, BANK      :
OF AMERICA, N.A., BARCLAYS BANK PLC,   :
BNP PARIBAS, CITIGROUP, INC., CITIBANK,:
N.A., CITIGROUP GLOBAL MARKETS INC.,   :
CREDIT SUISSE AG, DEUTSCHE BANK AG,    :
GOLDMAN, SACHS & CO., HSBC BANK PLC,   :
HSBC BANK USA, N.A., JPMORGAN CHASE &  :
CO., JPMORGAN CHASE BANK, N.A.,        :
MORGAN STANLEY & CO., LLC, ROYAL       :
BANK OF SCOTLAND PLC, ROYAL BANK OF    :
SCOTLAND N.V., UBS AG, UBS SECURITIES  :
LLC, INTERNATIONAL SWAPS AND           :
DERIVATIVES ASSOCIATION, and MARKIT    :
GROUP LTD.,                            :
                                       :
              Defendants.              :
--------------------------------------------------------------------x
```

CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, defendant Barclays

Bank PLC states that it is a wholly owned subsidiary of Barclays PLC, which is a publicly held

corporation. Barclays PLC has no parent corporation and Qatar Holding LLC and BlackRock,

Inc., a publicly held corporation, each owns 5% or more of a class of its equity interests.

Dated:  August 29, 2013
        New York, New York

Respectfully submitted,

By: /s/ Todd S. Fishman

ALLEN & OVERY LLP
Michael S. Feldberg
Todd S. Fishman
Bethany Kriss
1221 Avenue of the Americas
New York, NY 10020
(212) 610-63600
(212) 610-6399

EIMER STAHL LLP
Nathan P. Eimer
Susan M. Razzano
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 660-7600
(312) 692-1718

*Attorneys for Barclays Bank PLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 29, 2013, a true and correct copy of the foregoing Corporate Disclosure Statement was filed electronically.  Notice of this filing was sent by operation of the Court's ECF electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By: /s/ Todd S. Fishman

Todd S. Fishman
