**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ x<br>SHEET METAL WORKERS LOCAL NO. 33<br>CLEVELAND DISTRICT PENSION PLAN, Individually<br>and on Behalf of All Those Similarly Situated,<br><br>                          Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA CORPORATION, BANK<br>OF AMERICA, N.A., BARCLAYS BANK PLC,<br>BNP PARIBAS, CITIGROUP, INC., CITIBANK,<br>N.A., CITIGROUP GLOBAL MARKETS INC.,<br>CREDIT SUISSE AG, DEUTSCHE BANK AG,<br>GOLDMAN, SACHS & CO., HSBC BANK PLC,<br>HSBC BANK USA, N.A., JPMORGAN CHASE &<br>CO., JPMORGAN CHASE BANK, N.A.,<br>MORGAN STANLEY & CO., LLC, ROYAL<br>BANK OF SCOTLAND PLC, ROYAL BANK OF<br>SCOTLAND N.V., UBS AG, UBS SECURITIES<br>LLC, INTERNATIONAL SWAPS AND<br>DERIVATIVES ASSOCIATION, and MARKIT<br>GROUP LTD.,<br><br>                          Defendants.<br>─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ x | Case No. 13-cv-03357<br><br>Judge Milton I. Shadur |

**NOTIFICATION OF AFFILIATES**

      Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendants UBS AG and UBS Securities LLC, by and through counsel, hereby states as follows regarding affiliates: UBS Securities LLC's corporate parents are UBS AG and UBS Americas Inc., the latter of which is wholly owned by UBS AG. UBS AG is a publicly held company whose shares are traded on the SIX Swiss Exchange and the New York Stock Exchange. UBS AG has no parent corporation and no publicly traded corporation owns more than 5% of its shares.

Dated: September 9, 2013          KATTEN MUCHIN ROSENMAN LLP

                                             By:     s/ John F. Anzelc   

                                             David C. Bohan
                                             John F. Anzelc
                                             Rachel J. Freyman
                                             KATTEN MUCHIN ROSENMAN LLP
                                             525 W. Monroe Street
                                             Chicago, IL 60661-3693
                                             Telephone: 312.902.5200
                                             Facsimile: 312.902.1061

                                             *Attorneys for Defendants*